IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DICKSON INDUSTRIES, INC., )
an Oklahoma corporation, )
)
              Plaintiff, )
v. ) NO. CIV-02-0467-HE
)
PATENT ENFORCEMENT TEAM, )
LLC, a Florida limited liability company, )
)
             Defendant. )

## ORDER

Before the Court is the parties' joint motion to stay proceedings pending further action by the U. S. Patent and Trademark Office and the parties' application to strike the pending scheduling conference. The Court concludes the motion should be **GRANTED** but that the most appropriate disposition in the circumstances is to administratively close the case, subject to reopening as indicated below. Accordingly, the Clerk is directed to administratively terminate this action in his records without prejudice to the right of a party to reopen same, for good cause shown upon motion. Defendant is **ORDERED** to provide notice to plaintiff within **sixty (60) days** of the resolution of the reexamination proceedings of the '069 Patent. If, within **thirty (30) days** after receipt of such notice by plaintiff or in any event by **January 28, 2004**, a party has not sought leave to reopen the case, this action shall be deemed dismissed with prejudice.

The scheduling conference previously set for **February 4, 2003**, is **STRICKEN**.

**IT IS SO ORDERED**.

Dated this 28th day of January, 2003.

JOE HEATON
UNITED STATES DISTRICT JUDGE

ENTERED ON JUDGMENT DOCKET 1-28-0