# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DICKSON INDUSTRIES, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>PATENT ENFORCEMENT TEAM, L.L.C.,<br><br>    Defendant and Third-Party Plaintiff,<br><br>v.<br><br>MIDSTATE TRAFFIC CONTROLS, INC. and SAWHORSE INVESTMENTS, L.L.C.<br><br>                     Third-Party Defendants. | Case No.  CIV-02-467-HE |

**PROPOSED CLAIM CONSTRUCTION
AND MARKMAN BRIEF OF SAWHORSE
INVESTMENTS, L.L.C. AND MIDSTATE TRAFFIC CONTROL, INC.**

      COME NOW the Third-Party Defendants, Midstate Traffic Control, Inc. and Sawhorse Investments, L.L.C., and respectfully adopt the Proposed Claim Construction and Markman Brief of Plaintiff Dickson Industries, Inc., and incorporate the same by reference herein.

-2-

Respectfully submitted,

s/ DAVID A. CHEEK
DAVID A. CHEEK, OBA #1638
CHEEK & GELNAR, P.L.L.C.
6301 Waterford Boulevard, Suite 320
Oklahoma City, Oklahoma  73118-1157
Telephone:     405/286-9191
Facsimile:     405/286-9670
E-mail:        dcheek@cheekgelnar.com

Attorney for Third-Party Defendants,
Midstate Traffic Control, Inc. and
 Sawhorse Investments, L.L.C.

**CERTIFICATE OF SERVICE**

☑   I hereby certify that on the 16th day of June, 2006, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

John A. Kenney – john.kenney@mcafeetaft.com
Michael D. McClintock – michael.mcclintock@mcafeetaft.com
Joseph W. Bain – joseph.bain@akerman.com
Micheal C. Salem – msalem@msalemlaw.com


s/ DAVID A. CHEEK