# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DICKSON INDUSTRIES, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PATENT ENFORCEMENT TEAM, L.L.C.,<br><br>　　Defendant and Third-Party Plaintiff,<br><br>v.<br><br>MIDSTATE TRAFFIC CONTROLS, INC. and SAWHORSE INVESTMENTS, L.L.C.<br><br>　　　　　　　　Third-Party Defendants. | Case No.  CIV-02-467-HE |

## SAWHORSE INVESTMENTS, L.L.C. AND MIDSTATE TRAFFIC CONTROL, INC.'s RESPONSE TO PROPOSED CLAIM CONSTRUCTION AND MARKMAN BRIEF OF DICKSON INDUSTRIES, INC.

　　COME NOW the Third-Party Defendants, Midstate Traffic Control, Inc. and Sawhorse Investments, L.L.C., and respectfully adopt the **DICKSON'S RESPONSE TO DEFENDANT'S MARKMAN BRIEF**, (Docket number 89) and incorporates the same by reference herein.

-2-

        Respectfully submitted,

        s/David A. Cheek
        DAVID A. CHEEK, OBA #1638
        CHEEK & GELNAR, P.L.L.C.
        6301 Waterford Boulevard, Suite 320
        Oklahoma City, Oklahoma  73118-1157
        Telephone:   405/286-9191
        Facsimile:   405/286-9670
        E-mail:   dcheek@cheekgelnar.com

        Attorney for Third-Party Defendants,
        Midstate Traffic Control, Inc. and
        Sawhorse Investments, L.L.C.

## **CERTIFICATE OF SERVICE**

☑    I hereby certify that on the 27th day of June, 2006, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    John A. Kenney – john.kenney@mcafeetaft.com
    Michael D. McClintock – michael.mcclintock@mcafeetaft.com
    Joseph W. Bain – joseph.bain@akerman.com
    Micheal C. Salem – msalem@msalemlaw.com

        s/David A. Cheek