IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DICKSON INDUSTRIES, INC., an Oklahoma corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. CIV-02-467-HE |
| PATENT ENFORCEMENT TEAM, L.L.C., a Florida limited liability company, | ) ) ) |
| Defendant. | ) ) |
| v. | ) ) |
| MIDSTATE TRAFFIC CONTROLS, INC., an Oklahoma corporation; and SAWHORSE INVESTMENTS, L.L.C., an Oklahoma limited liability company, | ) ) ) ) ) |
| Third-Party Defendants. | ) |

PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING INVALIDITY FOR OBVIOUSNESS

The plaintiff, Dickson Industries, Inc. ("Dickson"), submits the following motion for partial summary judgment. The pleadings on file, attached affidavits and other evidence of prior art, this Court's October 13, 2006 Order on the *Markman* hearing regarding claim construction of U.S. Patent No. 4,701,069 (the '069 Patent) and the attached brief, all of which are incorporated herein, establish there is no genuine issue of material fact on invalidity for obviousness. Accordingly, Dickson moves the Court for judgment that Claim 5 of the '069 Patent is invalid for obviousness under 35 U.S.C. § 103 and that judgment on Defendant's claims against Dickson be entered in favor of Dickson. A separate brief in support is being filed contemporaneously herewith.

Respectfully submitted,

s/ John A. Kenney
John A. Kenney
Michael D. McClintock
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma  73102-7103
Telephone:  (405) 235-9621
Facsimile:  (405) 235-0439
ATTORNEYS FOR DICKSON
INDUSTRIES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June, 2007, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants for this case:

Joseph W. Bain, Esq.
Akerman, Senterfitt & Edison, PA
Esperante Building, Fourth Floor
222 Lakeview Avenue
West Palm Beach, FL  33401
Fax:     (561) 659-6313

Michael Salem, OBA#7876
Salem Law Offices
111 North Peters, Suite 100
Norman, OK  73069-7235
Fax:     366-8329

David A. Cheek, Esq.
Robert C. Thompson, Esq.
Cheek & Gelner, P.L.L.C.
6301 Waterford Blvd., Suite 320
Oklahoma City, OK  73118-1157
Fax:     286-9670

*s/John A. Kenney*
John A. Kenney