IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DICKSON INDUSTRIES, INC., an Oklahoma corporation,<br><br>Plaintiff,<br><br>v.<br><br>PATENT ENFORCEMENT TEAM, L.L.C., a Florida limited liability company,<br><br>Defendant.<br><br>v.<br><br>MIDSTATE TRAFFIC CONTROLS, INC., an Oklahoma corporation; and SAWHORSE INVESTMENTS, L.L.C., an Oklahoma limited liability company,<br><br>Third-Party Defendants. | Case No. **CIV-02-467-HE** |

## FINAL JUDGMENT

Pursuant to the jury verdict entered September 28, 2007, and the parties' post trial motions upon which the Court has ruled, the Court enters final judgment in favor of Dickson Industries, Inc. ("Dickson"), Midstate Traffic Controls, Inc. ("Midstate"), and Sawhorse Investments, L.L.C. ("Sawhorse"), and against Patent Enforcement Team, L.L.C. ("PET"), as follows:

1. Judgment is entered in favor of Dickson, Midstate and Sawhorse on their claim to have Claim 5 of U.S. Patent No. 4,701,069 (the "'069 Patent") declared invalid due to anticipation or obviousness, and Claim 5 is hereby declared invalid.

2.  Judgment is entered in favor of Dickson, Midstate and Sawhorse on their claim to declare the '069 Patent unenforceable due to inequitable conduct, and the '069 Patent is hereby declared unenforceable due to inequitable conduct.

3.  By reason of the determination of invalidity of Claim 5 of the '069 Patent, judgment is entered in favor of Dickson and Midstate and against PET on PET's claims and counterclaims for infringement and inducement of infringement.

4.  Judgment is entered in favor of Sawhorse and against PET on PET's claims for inducement of infringement of Claim 5 of the '069 Patent.

5.  Judgment is entered in favor of Dickson on Dickson's claims that PET tortiously interfered with Dickson's business relationships, and Dickson is awarded actual damages from PET in the amount of Five Hundred Three Thousand Eight Hundred Seventy-three and 00/100 Dollars ($503,873.00).

6.  Judgment is entered in favor of Dickson on its claim for punitive damages, and Dickson is awarded punitive damages from PET in the amount of One Million Thirty-seven Thousand Three Hundred Sixty-three and 00/100 Dollars ($1,037,363.00).

7.  Pursuant to 35 U.S.C. § 285, this is an exceptional case, and Dickson is awarded attorney's fees and expenses in the amount of Six Hundred Eighteen Thousand Four Hundred Eighty-four and 45/100 Dollars ($618,484.45) for attorney's fees and expenses incurred through November 30, 2007.

8.  In accordance with the foregoing, Dickson is awarded total judgment in its favor in the amount of Two Million One Hundred Fifty-Nine Thousand Seven Hundred Twenty and 45/100 Dollars ($2,159,720.45).

imanageOKC_3128883_1

9. Dickson is granted post-judgment interest on the damages it was awarded on November 16, 2007 of $1,541,236.00 at the rate allowed by law, from November 16, 2007 until paid.

10. Dickson is also granted post-judgment interest at the rate allowed by law on its attorney fees, costs, and expenses in the amount $618,484.45 awarded on April 3, 2008, and accruing from April 3, 2008 until paid.

11. Dickson may enforce its judgment ten days after entry of this Final Order. Execution on the judgment will be stayed upon the posting by PET and approval by the court of a supersedeas bond in the amount of the judgment, excluding any consideration of accruing interest thereon.

This is the Final Judgment. It may be amended to reflect attorney's fees and costs incurred by Dickson after November 30, 2007 and to reflect interest accrued as specified above until paid.

IT IS SO ORDERED this 22ND day of April, 2008.

_____
HONORABLE JOE HEATON
UNITED STATES DISTRICT JUDGE

imanageOKC_3128883_1