# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

**OKLAHOMA CITY, OKLAHOMA**

**DATE: December 3, 2010**

| | | |
|---|---|---|
| **DICKSON INDUSTRIES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-02-0467-HE** |
| | ) | |
| **PATENT ENFORCEMENT TEAM,** | ) | |
| **L.L.C., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ENTER ORDER:**

The settlement conference was held on October 28, 2010, before Magistrate Judge Doyle Argo.  John Kenney appeared on behalf of the Plaintiff as lead trial counsel and Jim Cox appeared on behalf of the Defendants as lead trial counsel.

   X       The case settled.

This Order entered at the direction of Magistrate Judge Doyle Argo.

ROBERT D. DENNIS, Clerk

By:    s/Steve Rogers
       Deputy Clerk