# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DICKSON INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  CIV-02-0467-HE |
| | ) | |
| PATENT ENFORCEMENT TEAM LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ADMINISTRATIVE CLOSING ORDER

The Court is advised that the parties have reached a compromise and settlement. Accordingly, the Clerk of Court is directed to administratively terminate this action without prejudice to the right of a party to file a stipulation or order of dismissal or, for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, by **October 28, 2012**, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated this 4th day of March, 2011.

JOE HEATON
UNITED STATES DISTRICT JUDGE